UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Petitioner,

v.

MICHELLE L. RUFF,

    Defendant.

CASE NO. MC 11-5004 BHS/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom recommending that the request of the Petitioner to have its Petition to Enforce Internal Revenue Service Summons be withdrawn and the case dismissed (ECF NO. 18) be GRANTED. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons is GRANTED.

(3) This case is hereby DISMISSED.

DATED this 15th day of February, 2012.

                              BENJAMIN H. SETTLE
                              United States District Judge

Order